[No. 1924.]

## A. G. McPHERSON *v.* THE STATE.

THEFT.— INDICTMENT failing to allege that the property was fraudulently taken is insufficient to charge the offense of theft.

APPEAL from the District Court of Grayson. Tried below before the Hon. R. Maltbie.

The conviction was for the felonious theft of hogs, the property of W. H. Bledsoe, in Grayson county, Texas, on the 25th day of March, 1885. A term of two years in the penitentiary was the punishment awarded the appellant.

No brief for the appellant.

*J. H. Burts,* Assistant Attorney-General, for the State.

WILLSON, JUDGE. This conviction must be set aside, and the prosecution must be dismissed because the indictment is fatally defective. It does not allege that the property was fraudulently taken. (*Ware v. The State,* 19 Texas Ct. App., 13; *Spain v. The State,* id., 469; *Sloan v. The State,* 18 Texas Ct. App., 225.)

The judgment is reversed and the prosecution dismissed.

*Reversed and dismissed.*